IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Robinson, Harlan T | Case Number: 08 B 27720 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 10/15/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 26, 2009
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Leeders & Associates LTD | Administrative | 2,530.00 | 0.00 |
| 2. | City Of Chicago Dept Of Revenue | Unsecured | 60.00 | 0.00 |
| 3. | Union Pacific Railroad | Unsecured | 7,253.21 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 198.40 | 0.00 |
| 5. | Jefferson Capital Systems LLC | Unsecured | 147.78 | 0.00 |
| 6. | Cavalry Portfolio Services | Unsecured | 270.29 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 187.17 | 0.00 |
| 8. | Internal Revenue Service | Priority | | No Claim Filed |
| 9. | Allstate Insurance Company | Unsecured | | No Claim Filed |
| 10. | GEMB | Unsecured | | No Claim Filed |
| 11. | Harris & Harris | Unsecured | | No Claim Filed |
| 12. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 13. | Trinity Hospital | Unsecured | | No Claim Filed |
| 14. | NCO Financial Systems | Unsecured | | No Claim Filed |
| | | | $ 10,646.85 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Robinson, Harlan T | Case Number: 08 B 27720 |
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 10/15/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*